In the Matter of the Application of LILLIAN V. ROURKE, Appellant, for a Peremptory Writ of Mandamus against HERMAN A. METZ, as Comptroller of the City of New York.

BERNARD J. MALONE, Respondent.

*Matter of Rourke* v. *Metz*, 139 App. Div. 155, affirmed.
(Argued May 29, 1911; decided June 13, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1910, which affirmed an order of Special Term determining title to certain awards made in condemnation proceedings.

*Stephen M. Hoye* for appellant.

*Matthew J. Wheelehan* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.